UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CALVIN AYRE,  CASE NO.: 1:23-cv-24341-DPG

    Plaintiff,

vs.

DOES 1-9

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice.

Respectfully submitted,

COZEN O'CONNOR

By: /s/ Samuel A. Lewis
Samuel A. Lewis / Fla. Bar No. 55360
Email: slewis@cozen.com
COZEN O'CONNOR
Southeast Financial Center, 30th Floor
200 South Biscayne Blvd.
Miami, Florida 33131
Tel: 305-397-0799
*Counsel for Plaintiff*